

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00129-CR

BARRON KEITH GLENN                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Barron Keith Glenn attempts to appeal from his conviction for "theft of property under $1,500 and two prior convictions."  Glenn pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to nine months' confinement in state jail.  The trial court's certification of his right to appeal states that "this is a plea-bargain case, and the

---

[1]*See* Tex. R. App. P. 47.4.

defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Additionally, Glenn signed a waiver of his right to appeal.

On March 26, 2012, we notified Glenn that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before April 5, 2012, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). The official court reporter filed a response stating that the trial court did not grant permission for Glenn to appeal. Glenn also filed a response in the form of a motion requesting a thirty-day extension to seek permission to appeal. Because the trial court already affirmatively certified that Glenn had no right of appeal, Glenn's motion for an extension of time to obtain the trial court's permission to appeal is **DENIED.** Glenn's motion does not state any grounds for continuing the appeal.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

                                                    PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 12, 2012

2